IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                   NO. 04-20168-Ma

NANA ASANTEWAA,

    Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

Before the court is the March 30, 2005, motion of defendant Nana Asantewaa to waive her appearance at the report date on Friday, June 24, 2005.

The defendant signed a waiver of appearance which was filed on March 30, 2005. For good cause shown, Nana Asantewaa's appearance is waived at the report date set on June 24, 2005, based on her written waiver.

It is so ORDERED this 1st day of April, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CR-20168 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT