IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 5: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.

NO. 04-20168-Ma

NANA ASANTEWAA,

　　　Defendant.

---

### ORDER GRANTING EXPENSES FOR TRAVEL AND SUBSISTENCE

---

Before the court is the petition of the defendant, Nana Asantewaa, filed on August 2, 2005, for travel and subsistence expenses, pursuant to 18 U.S.C. § 4285, to allow defendant to travel from Columbus, Ohio, to Memphis, Tennessee, to appear before the United States District Court for report date on Friday, August 26, 2005, at 2:00 p.m.

The court finds that the defendant has been found to be indigent and is without means to afford her transportation expenses from Columbus, Ohio, to Memphis, Tennessee.  The court, therefore, grants the defendant's motion for travel and subsistence expenses.

The U. S. Marshal is ORDERED to provide the defendant, Nana Asantewaa, travel and subsistence expenses pursuant to 18 U.S.C. §4285, to allow her to appear before the United States District

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8-4-05___

Court in Memphis, Tennessee, for report date at 2:00 p.m.,

Friday, August 26, 2005.

It is so ORDERED this __3d__ day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20168 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT