IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 PM 12: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20168-Ma

NANA ASANTEWAA,

    Defendant.

---

ORDER GRANTING EXPENSES FOR TRAVEL AND SUBSISTENCE

---

Before the court is the petition of the defendant, Nana Asantewaa, filed on October 31, 2005, for travel and subsistence expenses, pursuant to 18 U.S.C. § 4285, to allow defendant to travel by automobile from Columbus, Ohio, to Memphis, Tennessee, for a scheduled court appearance in this matter on November 18, 2005.

The court finds that the defendant has been found to be indigent and is without means to afford her transportation expenses from Columbus, Ohio, to Memphis, Tennessee.  The court, therefore, grants the defendant's motion for travel and subsistence expenses.

The U. S. Marshal is ORDERED to provide the defendant, Nana Asantewaa, travel and subsistence expenses pursuant to 18 U.S.C. §4285, to allow her to travel from Columbus, Ohio, to Memphis,

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-4-05_

Tennessee, to appear before the United States District Court in Memphis, Tennessee, on Friday, November 18, 2005, at 9:30 a.m.

It is so ORDERED this 31st day of October, 2005.

/s/ S. H. Mays

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20168 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT