IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 12 PM 3:56

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20168-01-Ma |
| | ) | |
| NANA ASANTEWAA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 12, 2005, the United States Attorney for this district appearing for the Government and the defendant, Nana Asantewaa, appearing in person and with appointed counsel, Ms. Pamela B. Hamrin.

With leave of the Court, the defendant entered a plea of guilty to Count 2 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 24, 2006 at 11:00 a.m.**

The defendant may remain on her present bond pending sentencing.

**ENTERED** this the 12th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-13-05

90

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CR-20168 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT